Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−18017−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Derek E Warner | Nicole Warner |
| 32 Pleasant Hill Road | fka Nicole Hastings |
| Woodstown, NJ 08098 | 32 Pleasant Hill Road |
| | Woodstown, NJ 08098 |

Social Security No.:
    xxx−xx−7657                              xxx−xx−8030

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 20, 2023.

Dated: April 20, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18017-JNP |
| Derek E Warner | Chapter 13 |
| Nicole Warner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 20, 2023 | Form ID: plncf13 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek E Warner, Nicole Warner, 32 Pleasant Hill Road, Woodstown, NJ 08098-2060 |
| 519732708 | + | Eisenberg, Gold, and Agrawal PC, 1040 N. Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 519732709 | + | First National Bank of Elmer, 10 South Main St., Elmer, NJ 08318-2264 |
| 519786626 | + | Flagstar Bank, NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519732715 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519766439 | + | The First National Bank of Elmer, 6 South Main Street, Elmer, NJ 08318-2264 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2023 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2023 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519732705 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 20 2023 20:35:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 519754149 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2023 20:46:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519787019 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2023 20:47:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519732706 | | Email/Text: bankruptcy@dcu.org | Apr 20 2023 20:36:00 | Digital Federal Credit Union, 220 Donald Lynch Blvd., Marlborough, MA 01752 |
| 519732707 | | Email/Text: mrdiscen@discover.com | Apr 20 2023 20:35:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 519737459 | | Email/Text: mrdiscen@discover.com | Apr 20 2023 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519744306 | | Email/Text: EBNBKNOT@ford.com | Apr 20 2023 20:36:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 519732710 | ^ | MEBN | Apr 20 2023 20:32:20 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519732711 | | Email/Text: EBNBKNOT@ford.com | Apr 20 2023 20:36:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519732712 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 20 2023 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519779867 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 519732713 | | Email/Text: camanagement@mtb.com | | |
| | | | Apr 20 2023 20:36:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 519771852 | + | Email/Text: camanagement@mtb.com | | |
| | | | Apr 20 2023 20:36:00 | Manufacturers and Traders Trust Company, PO Box 1508, Buffalo, NY 14240-1508 |
| 519732714 | | Email/Text: bankruptcy@bbandt.com | | |
| | | | Apr 20 2023 20:36:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |
| 519737293 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Apr 20 2023 20:36:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 519732924 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 20 2023 20:46:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | The First National Bank of Elmer, 6 South Main Street, Elmer, NJ 08318-2264 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Amar Anand Agrawal | on behalf of Creditor The First National Bank of Elmer aagrawal@egalawfirm.com alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Derek E Warner rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Nicole Warner rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8